**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |
| MFN PARTNERS, LP AND MOBILE STREET HOLDINGS, LLC,<br><br>　　　　　　　　Appellants,<br><br>　　　　　v.<br><br>YELLOW CORPORATION, *ET AL.*,<br><br>　　　　　　　　Appellees. | Civil Action No. 1:26-cv-00515 (JLH)<br>Civil Action No. 1:26-cv-00516 (JLH)<br>Civil Action No. 1:26-cv-00517 (JLH)<br>Civil Action No. 1:26-cv-00518 (JLH)<br>Civil Action No. 1:26-cv-00519 (JLH)<br>Civil Action No. 1:26-cv-00520 (JLH)<br>Civil Action No. 1:26-cv-00521 (JLH)<br>Civil Action No. 1:26-cv-00522 (JLH)<br>Civil Action No. 1:26-cv-00523 (JLH) |

**ORDER GRANTING APPELLANTS' MOTION TO CONSOLIDATE APPEALS**

Upon the *Appellants' Unopposed Motion to Consolidate Appeals* (the "Motion")[2] of MFN Partners, LP and Mobile Street Holdings, LLC (the "Appellants") for entry of an order consolidating the following appeals: (1) Civil Action No. 1:26-cv-00515 (JLH); (2) Civil Action No. 1:26-cv-00516 (JLH); (3) Civil Action No. 1:26-cv-00517 (JLH); (4) Civil Action No. 1:26-cv-00518 (JLH); (5) Civil Action No. 1:26-cv-00519 (JLH); (6) Civil Action No. 1:26-cv-00520 (JLH); (7) Civil Action No. 1:26-cv-00521 (JLH); (8) Civil Action No. 1:26-cv-00522 (JLH); and (9) Civil Action No. 1:26-cv-00523 (JLH) (collectively, the "Appeals"); and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be

---

[1]　A complete list of each of the debtors in these chapter 11 cases (the "Debtors") may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

[2]　Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

provided; and it appearing that the legal and factual bases set forth in the Motion establish just cause for the relief requested therein; and after due deliberation and sufficient cause appearing therefor; it is hereby ORDERED, ADJUDGED, and DECREED that:

1.      The Motion is GRANTED.

2.      The Appeals are hereby consolidated and shall be jointly administered by this Court under Civil Action No. 1:26-cv-00516 (JLH) (the "Consolidated Appeal").

3.      The caption of the Consolidated Appeal shall read as follows:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*, | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| MFN PARTNERS, LP AND MOBILE STREET HOLDINGS, LLC, | Civil Action No. 1:26-cv-00516 (JLH) |
| Appellants, | |
| v. | |
| YELLOW CORPORATION, *ET AL.*, | |
| Appellees. | |

---

[1]   A complete list of each of the debtors in these chapter 11 cases (the "Debtors") may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

4.      The following docket entry shall be made on the docket of each of the Appeals:

An Order has been entered in this appeal directing the consolidation of this appeal under Civil Action No. 1:26-cv-00516 (JLH).  The docket in Civil Action No. 1:26-cv-00516 (JLH) should be consulted for all matters affecting this appeal.

5.      All papers filed in the Appeals shall be, and need only be, filed on the docket of the Consolidated Appeal.

6.      All papers filed in any of the Appeals before the consolidation pursuant to this Order are deemed filed on the docket of the Consolidated Appeal.

7.      All parties to the Appeals are hereby authorized to utilize a combined service list for the Appeals.

8.      Nothing herein shall affect the substantive rights of any of the parties to the Appeals, and nothing herein governs or affects the briefing schedule or briefing limits in the Consolidated Appeal, which the parties remain free to address by separate stipulation or Court order.


Dated: June 1, 2026

_____
The Honorable Jennifer L. Hall
United States District Judge

3