**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| YELLOW CORPORATION, et al., | ) Bk. No. 23-11069-CTG |
| | ) |
| Debtors. | ) |
| | ) |
| MFN PARTNERS, LP and MOBILE | ) |
| STREET HOLDINGS, LLC, | ) |
| | ) |
| Appellants, | ) |
| | ) |
| v. | ) Civil Action No. 26-516-JLH |
| | )  BK. BAP No. 26-27 |
| YELLOW CORPORATION, et al., | ) |
| | ) |
| Appellees. | ) |
| | ) |

**ORDER**

At Wilmington, Delaware, this **2nd day of June 2026;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties jointly agree that their disputes here cannot be resolved through mediation and the Court agrees;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation facilitated by this Court is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation and setting the following appellate briefing schedule (agreed to by the parties):

1.  Appellants' Opening Brief shall be filed on July 10, 2026.

2.  Appellees' Answering Brief shall be filed August 28, 2026.

3.  Appellants' Reply Brief shall be filed September 11, 2026.

*Christopher J. Burke*

Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE