## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>YELLOW CORPORATION, *et al.*, | ) Chapter 11<br>)<br>)<br>) Bankruptcy Case No.: 23-11069 (CTG)<br>) Bankruptcy BAP No.: 26-27 |
| Debtors. | )<br>) |
| MFN PARTNERS, LP and MOBILE<br>STREET HOLDINGS, LLC, | )<br>)<br>) |
| Appellants, | )<br>) Civil Action No. 26-516-JLH |
| v. | )<br>) |
| YELLOW CORPORATION, *et al.*, | )<br>) |
| Appellees. | )<br>) |

## <u>ORDER</u>

At Wilmington, this 9th day of June 2026, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule (agreed to by the parties):

1. Appellants' brief in support of the appeal is due on or before **July 10, 2026.**

2. Appellees' brief in opposition to the appeal is due on or before **August 28, 2026.**

3. Appellants' reply brief is due on or before **September 11, 2026.**

_____
The Honorable Jennifer L. Hall
United States District Judge