**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br>BK. BAP No. 26-27<br><br>(Jointly Administered) |
| MFN PARTNERS, LP AND MOBILE STREET HOLDINGS, LLC,<br><br>Appellants,<br><br>v.<br><br>YELLOW CORPORATION, *et al.*,<br><br>Appellees. | Civil Action No. 26-516-JLH<br>(consolidated)<br><br>**Re: Docket No. 27** |

**JOINT STATUS REPORT AND STIPULATION**
**AND ~~[PROPOSED]~~ ORDER STAYING CASE DEADLINES**

Pursuant to this Court's July 14, 2026 Order [Dkt. No. 27], MFN Partners, LP ("MFN") and Mobile Street Holdings, LLC ("Mobile Street," and collectively with MFN, the "Appellants"), the Liquidating Trust,[2] and Central States, Southeast and Southwest Areas Health and Welfare Fund, and Central States, Southeast and Southwest Areas Pension Fund (collectively, "Central States"), IAM National Pension Fund, Teamsters Pension Trust Fund of Philadelphia & Vicinity, New England Teamsters Pension Fund, Teamsters Local 641 Pension Fund, Central Pennsylvania

---

[1] A complete list of each of the debtors in these chapter 11 cases (the "Debtors") may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

[2] As defined in the *Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors* (the "Plan") confirmed by court order at docket no. 8229 in *In re: Yellow Corporation, et al.* (Case No. 23-11069 (CTG)).

Teamsters Pension Fund Defined Benefit Plan, Freight Drivers and Helpers 557 Pension, Mid-Jersey Trucking Industry & Teamsters Local 701 Pension and Annuity Fund, and Teamsters Joint Council #83 of Virginia Pension Fund (the "Appellee Pension Funds," and with the Liquidating Trust, the "Appellees"), by and through their respective counsel, hereby submit this Joint Status Report and Stipulation and [Proposed] Order Staying Case Deadlines.

WHEREAS, the Appellants and Appellees (collectively, the "Parties") hereby stipulate and agree as follows:

1. On November 19, 2025, the Bankruptcy Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors* [Bankr. Dkt. No. 8229] (the "Confirmation Order") confirming the chapter 11 Plan attached thereto as Exhibit A.

2. On November 26, 2025, the Debtors filed the *Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreements by and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief* [Bankr. Dkt. No. 8296] (the "Settlement Motion") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and on December 22, 2025, the Debtors filed the *Supplemental Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreements by and among the Debtors and Certain Pension Funds and (II) Granting Related Relief* [Bankr. Dkt. No. 8443] (the "Supplemental Settlement Motion" and with the Settlement Motion, the "Settlement Motions"). By the Settlement Motions, the Debtors sought the Bankruptcy Court's approval under Bankruptcy Rule 9019 of settlement agreements (the "Settlement Agreements") with fifteen pension funds (the "Pension Funds") resolving their claims against the Debtors.

3. On January 12, 2026, the Appellants objected to the Settlement Motions [Bankr. Dkt. No. 8516] (the "Objection").

4. The Bankruptcy Court heard evidence and argument on the Settlement Motions and the Objection at a hearing on January 21, 2026 (the "Settlement Hearing"). On April 2, 2026, the Bankruptcy Court issued its *Memorandum Opinion* [Bankr. Dkt. No. 8799] (the "Settlement Opinion"), approving in part the Settlement Motions. On April 22 and 23, 2026, the Bankruptcy Court entered orders approving, in part, the Settlement Motions (the "Settlement Orders"). *See* Bankr. Dkt. Nos. 8852–8854 & 8860–8869.

5. On May 4, 2026, the Appellants filed *Notices of Appeal*, *see* Bankr. Dkt. Nos. 8881–8889, whereby Appellants appealed certain of the Settlement Orders and the Settlement Opinion as it related to the Appellee Pension Funds. The Appeals were given case numbers (1) Civil Action No. 1:26-cv-00515 (JLH); (2) Civil Action No. 1:26-cv-00516 (JLH); (3) Civil Action No. 1:26-cv-00517 (JLH); (4) Civil Action No. 1:26-cv-00518 (JLH); (5) Civil Action No. 1:26-cv-00519 (JLH); (6) Civil Action No. 1:26-cv-00520 (JLH); (7) Civil Action No. 1:26-cv-00521 (JLH); (8) Civil Action No. 1:26-cv-00522 (JLH); and (9) Civil Action No. 1:26-cv-00523 (JLH), and were assigned to this Court (the "Settlement Appeals"). On June 1, 2026, this Court entered an order [Dkt. No. 13] directing the consolidation and joint administration of the Settlement Appeals under Civil Action No. 26-cv-00516-JLH.

6. On June 2, 2026, Judge Christopher J. Burke issued a recommendation that the Settlement Appeals be withdrawn from mandatory mediation and proceed through the appellate process of this Court. *See* Dkt. No. 16.

7. On June 9, 2026, the Court accepted the recommendation that the Settlement Appeals be withdrawn from mandatory mediation and accepted the Parties' proposed briefing schedule. *See* Dkt. No. 17.

8. On July 1, 2026 (the "Effective Date"), the Debtors' Plan went effective [Bankr. Dkt. No. 9073]. Upon the Effective Date, the Liquidating Trust was formed pursuant to section VIII of the Plan, vesting the Liquidating Trustee of the Liquidating Trust with, among other things, the power to prosecute the Settlement Appeals previously held by the Debtors, *see* Plan section VII (B). The Debtors, along with the Official Committee of Unsecured Creditors, dissolved on or as soon as reasonably practicable after the Effective Date pursuant to sections IV(G) and IV(H) of the Plan.

9. On July 14, 2026, this Court entered an Order extending the briefing schedule to allow the Parties time to reach agreement and file a settlement motion in the Bankruptcy Court that would resolve the Settlement Appeals and instructed the Parties to submit a status report to this Court of such filing.

10. The Parties have since conferred and reached agreement with respect to the Settlement Appeals. The Parties anticipate filing a settlement motion (the "Supplemental Settlement Motion") that will resolve the Settlement Appeals with the Bankruptcy Court today, August 28, 2026.

11. Accordingly, the Parties stipulate and agree, subject to this Court's approval, that all deadlines related to the Settlement Appeals be stayed until the Bankruptcy Court issues a decision on the Supplemental Settlement Motion. The Parties shall file a joint status report with the Court within seven (7) days of the Bankruptcy Court's decision on the Supplemental Settlement Motion setting forth their respective proposals for next steps.

Dated: August 28, 2026
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

/s/ *L. Katherine Good*
L. Katherine Good (DE No. 5101)
Shannon A. Forshay (DE No. 7293)
Ethan H. Sulik (DE No. 7270)
Halley S. Dannemiller (DE No. 7562)
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: kgood@potteranderson.com
sforshay@potteranderson.com
esulik@potteranderson.com
hdannemiller@potteranderson.com

– and –

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Eric Winston (admitted *pro hac vice*)
Benjamin Roth (admitted *pro hac vice*)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: ericwinston@quinnemanuel.com
benroth@quinnemanuel.com

– and –

**LITTLER MENDELSON, P.C.**
Eric D. Field (admitted *pro hac vice*)
815 Connecticut Avenue, NW Suite 400
Washington, D.C. 20006
Telephone: (202) 772-2539
Email: efield@littler.com

*Counsel for Appellants, MFN Partners, LP and Mobile Street Holdings, LLC*

| | |
|---|---|
| /s/ *Shirley Chan*<br><br>**Kirkland & Ellis LLP**<br>Attn.: Patrick J. Nash<br>Shirley Chan<br>333 W. Wolf Point Plaza<br>Chicago, Illinois, 60654<br>Telephone: (302) 428-8191<br>Email: patrick.nash@kirkland.com<br>Shirley.chan@kirkland.com<br><br>– and –<br><br>**Pachulski Stang Ziehl & Jones LLP**<br>Attn: Laura Davis Jones<br>Timothy P. Cairns<br>Peter J. Keane<br>Edward Corma<br>919 North Market Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 652-4100<br>Email: ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>pkeane@pszjlaw.com<br>ecorma@pszjlaw.com<br><br>*Counsel to the Liquidating Trustee for the Yellow Liquidating Trust* | |

| | |
|---|---|
| /s/ *William D. Sullivan*<br><br>**Sullivan Hazeltine Allinson LLC**<br>Attn: William D. Sullivan<br>William A. Hazeltine<br>919 N. Market Street, Suite 420<br>Wilmington, Delaware 19801<br>Telephone: (302) 428-8191<br>Email: bsullivan@sha-llc.com<br>hazeltine@sha-llc.com<br><br>– and –<br><br>**Central States Funds**<br>Attn: Brad R. Berliner<br>Andrew J. Herink<br>Daniel Sullivan<br>8647 W. Higgins Road<br>Chicago, Illinois 60631<br>Telephone: (847) 939-2478<br>Email: bberliner@centralstatesfunds.org<br>aherink@centralstatesfunds.org<br>dsulliva@centralstatesfunds.org<br><br>*Counsel to Central States, Southeast and Southwest Areas Health and Welfare Fund and Central States, Southeast and Southwest Areas Pension Fund* | /s/ *Andrew M. Leblanc*<br><br>**Richards, Layton & Finger, P.A.**<br>Attn: Mark D. Collins<br>Cory D. Kandestin<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Email: collins@rlf.com<br>kandestin@rlf.com<br><br>– and –<br><br>**Milbank LLP**<br>Attn: Dennis F. Dunne<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone: (212) 530-5000<br>Email: ddunne@milbank.com<br><br>– and –<br><br>**Milbank LLP**<br>Attn: Andrew M. Leblanc<br>Melanie Westover Yanez<br>Riah Kim<br>1101 New York Avenue, NW<br>Washington, D.C. 20005<br>Telephone: (202) 835-7500<br>Email: aleblanc@milbank.com<br>mwyanez@milbank.com<br>rkim2@milbank.com<br><br>*Counsel to IAM National Pension Fund, Teamsters Pension Trust Fund of Philadelphia & Vicinity, New England Teamsters Pension Fund, Teamsters Local 641 Pension Fund, Central Pennsylvania Teamsters Pension Fund Defined Benefit Plan, Teamsters Local 641 Pension Fund, Freight Drivers and Helpers 557 Pension, Mid-Jersey Trucking Industry & Teamsters Local 701 Pension and Annuity Fund, and Teamsters Joint Council #83 of Virginia Pension Fund* |

SO ORDERED this 1st day of September, 2026.

The Honorable Jennifer L. Hall
United States District Judge